B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re  Allison Tonya Jones                         ,     Case No.  18-20501-jrs

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Igloo Series IV Trust                  Citibank, N.A., as Trustee for CMLT1 Asset Trust
      Name of Transferee                                               Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):  3-1
should be sent:                                      Amount of Claim:  $57,424.33
  c/o SN Servicing Corporation                       Date Claim Filed:  05/14/2018
  323 Fifth Street
  Eureka, CA 95501
Phone:  800.603.0836                                 Phone:  _____
Last Four Digits of Acct #:  1639                    Last Four Digits of Acct. #:  9809

Name and Address where transferee payments
should be sent (if different from above):

Phone:  _____
Last Four Digits of Acct #:  _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                           Date: 01/13/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.